**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERCOLE A. MIRARCHI,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-6922** |
| | : | |
| **JOHN G. ROBERTS, JR.,** *et al.,* | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 9th day of January, 2026, upon consideration of Plaintiff Ercole A.

Mirarchi's Motion to Proceed *In Forma Pauperis* (ECF No. 2), *pro se* Complaint (ECF No. 1),

and Motion for Service by the U.S. Marshal Service (ECF No. 5), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons

in the Court's Memorandum.

4. The Motion for Service (ECF No. 5) is **DENIED**.

5. The Court certifies that any appeal from this Order is not taken in good faith. *See*

28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**


*/s/ Jeffrey L. Schmehl*
_____
**JEFFREY L. SCHMEHL, J.**